

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-12-00054-CV

IN RE DONALD RAY WILSON                                         RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and the State's response. The court is of the opinion that relief should be denied as moot. Accordingly, relator's petition for writ of mandamus is denied as moot.

PER CURIAM

PANEL:  WALKER, GARDNER, and MEIER, JJ.

DELIVERED:  February 22, 2012

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).